UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
Suzanne Fior                                                X
                                                            :
                          Plaintiff(s)                      :     **ORDER OF REFERENCE**
                                                            :     **TO A MAGISTRATE JUDGE**
                                                            :
                                                            :     09 CV 2465 (SCR) (GAY)
Andrea R. Pinto, et al.                                     :
                                                            :
                          Defendants(s)                     :
                                                            :
-------------------------------------------------------------------
                                                            X

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_ Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ For jury selection

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

_____

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:_____

X   All Matters

\_\_\_

*USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:*

\* Do not check if already referred for general pretrial.

DATED:  4/3/09
White Plains, New York

SO ORDERED.

*Stephen C. Robinson*
_____
United States District Judge

Stephen C. Robinson