**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------X

    IN THE MATTER OF REASSIGNMENT

                                    NOTICE OF REASSIGNMENT

        OF

    CASES FROM HON. STEPHEN C. ROBINSON

-------------------------------------X

    The cases on the attached list are reassigned to the calendar of:

                    JUDGE DANIELS

    The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of Reassignment on all defendants.

Dated: November 10, 2010

                              Ruby J. Krajick, CLERK

                              Cecilia Rudden
               By: _____
                              Deputy Clerk

cc: Attorneys of Record

Judge Robinson to Judge Daniels Reassignments

03CV4235
07CV4594
08CV3419
08CV9681
09CV2465
09CV5333
09CV8712
09CV10115
10CV853
10CV2681
10CV4325
07cv1267